expenses, which would probably absorb all that there is. The order appealed from is affirmed, with $10 costs and disbursements. All concur.

PEOPLE, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by the people of the state of New York against Frank Martin. No opinion. Judgment affirmed. All concur, except HERRICK, J., dissenting.

PEOPLE, Respondent, v. SEAMAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1898.) Action by the people of the state of New York against John Seaman. No opinion. Appeal dismissed on argument.

PEOPLE ex rel. BRUSH, Respondent, v. COMMON COUNCIL OF THE CITY OF MT. VERNON et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1898.) Action by the people of the state of New York, upon the relation of Edward F. Brush, against the common council of the city of Mt. Vernon, and Edwin W. Fiske, as mayor of said city. No opinion. Order affirmed, with $10 costs, on argument.

PEOPLE ex rel. EASTMAN'S CO. OF NEW YORK v. ROBERTS. (Supreme Court, Appellate Division, Third Department. May 20, 1898.) Action by the people of the state of New York, on the relation of Eastman's Company of New York, against James A. Roberts, as comptroller of the state of New York. No opinion. Determination of the comptroller modified, by reducing the valuation of the capital stock for each of the years 1892 and 1895 to $300,000, with a corresponding reduction of the tax for those years, and, as thus modified, confirmed, without costs to either party.

PEOPLE ex rel. PHENIX INS. CO., Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1898.) Action by the people of the state of New York, on the relation of the Phenix Insurance Company, against Michael Coleman, commissioner, etc. J. M. Ward, for appellant. S. B. Brownell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. PURTLE, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by the people of the state of New York, on the relation of Thomas Purtle, against James J. Martin and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. SPIRE, Appellant, v. GENERAL COMMITTEE OF REPUBLICAN PARTY OF ERIE COUNTY, etc., Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1898.) Action by the people of the state of New York, on the relation of Leonard S. Spire, against the General Committee of Republican Party of Erie County, etc. No opinion. Order reversed, with $10 costs and dis-

bursements, and taxation affirmed. See 49 Y. Supp. 723.

PEOPLE ex rel. TIBBETTS v. INGERSO County Treasurer. (Supreme Court, Appell Division, Third Department. May 10, 189 Action by the people of the state of New Y on the relation of F. E. Tibbetts, against Cha Ingersoll, county treasurer of Tompkins cou No opinion. Order affirmed, with $10 costs disbursements.

PEOPLE ex rel. TIERNEY, Appellant, SHEFFIELD et al., Respondents. (Supre Court, Appellate Division, First Departme May 6, 1898.) Action by the people of the st of New York, on the relation of Edward Tiern against James R. Sheffield and others. L. Grant, for appellant. T. Farley, for responden No opinion. Proceedings affirmed, with costs

PEOPLE ex rel. WHITE v. CROFT et (Supreme Court, Appellate Division, First I partment. March 25, 1898.) Action by t people of the state of New York, on the relati of Albert N. White, against Silas C. Croft a others. Robert H. Racey, for relator. Teren Farley, for respondents. No opinion. Writ d missed, with costs.

PRINGLE v. LONG ISLAND R. CO. (S preme Court, Appellate Division, First Depa ment. May 13, 1898.) Action by Mary Pringle against the Long Island Railroad Cor pany. No opinion. Motion for reargument d nied. Motion for leave to go to court of appea granted. See 50 N. Y. Supp. 536.

PUTNAM, Appellant, v. MONTGOMERY al., Respondents. (Supreme Court, Appella Division, Third Department. May 4, 1898.) A tion by George Putnam, as receiver, etc., again Mary Montgomery and others. No opinio Judgment affirmed, with costs.

PYROGRAVURE CO. v. STABER. (S preme Court, Appellate Division, First Depar ment. May 13, 1898.) Action by the Pyr gravure Company against George Staber. N opinion. Motion denied.

RECTOR, ETC., OF CHURCH OF HOL APOSTLES IN CITY OF NEW YORK, Ap pellants, v. NEW YORK EL. R. CO. et al., Re spondents. (Supreme Court, Appellate Division Second Department. April 26, 1898.) Actio by the rector, etc., of the Church of the Hol Apostles in the City of New York, against th New York Elevated Railroad Company and an other. No opinion. Motion to resettle orde granted. See 47 N. Y. Supp. 418.

REEDY ELEVATOR CO., Appellant, v AMERICAN GROCERY CO., Respondent. (City Court of New York, General Term. March 28 1898.) Action by the Reedy Elevator Company against the American Grocery Company. Hen ry B. Wesselman, for appellant. Dill, Seymour & Kellogg, for respondent. PER CURIAM. Order affirmed, upon the opinion of the special term justices. See 48 N. Y. Supp. 619.